UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER BATES,

                                                **20 cv 7336 (KPF)**

               Plaintiff,                  **JUDGMENT**

   vs.

NEW YORK CITY POLICE OFFICERS
ROLANDO MELLA and ALEX TEGAN,

              Defendants.
------------------------------------------------------------x

      Whereas defendants Rolando Mella and Alex Tegan ("Defendants"), having offered to allow plaintiff Christopher Bates to take a judgment against non-party City of New York in this action for the total sum of Five Thousand and One ($5,001.00) dollars, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered any damage, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $5,001.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for Plaintiff's federal claims as against the City of New York.

      The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Date:  October 20, 2021                 SO ORDERED.
        New York, New York

                                                      HON. KATHERINE POLK FAILLA
                                                      UNITED STATES DISTRICT JUDGE